UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE QUEZADA, on behalf of himself and all others similarly situated,

21-cv-3825 (JGK)

Plaintiff,

ORDER

- against -

MAXIM HYGIENE PRODUCTS, INC.,

Defendant.

---

JOHN G. KOELTL, District Judge:

The defendant's motion for an extension of time to file a notice of appeal, ECF No. 7, is denied. There is no appealable order, and the defendant has not shown any basis for any extension of time.

SO ORDERED.

Dated:   New York, New York
         December 21, 2021

_____
John G. Koeltl
United States District Judge