UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE QUEZADA, on behalf of himself and
all others similarly situated,

                Plaintiff,

- against -

MAXIM HYGIENE PRODUCTS, INC.,

                Defendant.

21-cv-3825 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Court will hold a conference on **January 24, 2022, at 4:00 p.m.**

SO ORDERED.

Dated: New York, New York
       December 22, 2021

                                              _____
                                              John G. Koeltl
                                          United States District Judge